## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 25, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-10299    SW Airlines Pilots Assn v. SW Airlines
                           USDC No. 3:22-CV-46

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary Frances Yeager, Deputy Clerk
                            504-310-7686

cc w/encl:
    Mr. Colin Patrick Benton
    Mr. David Broderdorf II
    Mr. Jeffrey Wallace Hellberg Jr.
    Mr. Rusty O'Kane
    Mr. William Randell Wilder

# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10299

---

Southwest Airlines Pilots Association,

*Plaintiff—Appellant,*

versus

Southwest Airlines Company,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-46

---

ORDER:

    ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5th Cir. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

No. 22-10299

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jul 25, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2